CLOSED

USDC - DVT
2:26-cr-27-2

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:26−mj−00082−LKE−1

Case title: USA v. Romero

Date Filed: 05/01/2026

Date Terminated: 05/01/2026

---

Assigned to: Magistrate Judge
Lara K. Eshkenazi

**Defendant (1)**

**Sergio Gomez Romero**
*TERMINATED: 05/01/2026*
*also known as*
Tony
*TERMINATED: 05/01/2026*

represented by **Michael K. Schneider**
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
718−330−1200
Fax: 718−855−0760
Email: michael_schneider@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 8:1324.F | |

---

**Plaintiff**

**USA**

represented by **Ashleigh Atasoy**
DOJ−USAO
271 Cadman Plaza East
Brooklyn, NY 11201
929−545−2812
Email: ashleigh.atasoy2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2026 | 1 | Letter *requesting detention* as to Sergio Gomez Romero (Attachments: # 1 Vermont Detention Motion) (Atasoy, Ashleigh) (Entered: 05/01/2026) |
| 05/01/2026 | 2 | RULE 40 AFFIDAVIT by USA as to Sergio Gomez Romero. (JAB) (Entered: 05/04/2026) |
| 05/01/2026 | | Arrest (Rule 40) of Sergio Gomez Romero. (JAB) (Entered: 05/04/2026) |
| 05/01/2026 | | Minute Entry for proceedings held before Magistrate Judge Lara K. Eshkenazi: Arraignment as to Sergio Gomez Romero (1) Count Complaint held on 5/1/2026, Attorney Appointment Hearing as to Sergio Gomez Romero held on 5/1/2026, Initial Appearance in Rule 5(c)(3) Proceedings as to Sergio Gomez Romero held on 5/1/2026. AUSA: Ashleigh Atasoy, present; Dft present along with counsel FDNY Michael Schneider. Spanish Interpreter: Sean McCarthy present and previously sworn; Govt opposed release for reasons stated on the record. At this time defense counsel did not have a bail application to present; TOD entered. Detention hearing scheduled for 5/5/2026 at 11am in courtroom 2A (Time Log #2:41−2:46 05/01/2026.) (JAB) (Entered: 05/04/2026) |
| 05/01/2026 | 3 | TEMPORARY COMMITMENT Issued as to Sergio Gomez Romero. (JAB) (Entered: 05/04/2026) |
| 05/01/2026 | 4 | CJA 23 Financial Affidavit by Sergio Gomez Romero. (JAB) (Entered: 05/04/2026) |
| 05/01/2026 | 5 | ORDER: This order is entered pursuant to Federal Rule of Criminal Procedure 5(f) to confirm the prosecution's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations as to Sergio Gomez Romero. Ordered by Magistrate Judge Lara K. Eshkenazi on 5/1/2026. (JAB) (Entered: 05/04/2026) |
| 05/05/2026 | | Minute Entry for proceedings held before Magistrate Judge Peggy Kuo:Docket Call as to Sergio Gomez Romero held on 5/5/2026. AUSA Ashleigh Atasoy present. Defendant present with FDNY counsel Michael Schneider. Spanish interpreter Sean McCarthy present. The government opposed bail for reasons stated on the record. The defendant waived an identity hearing and requested a detention hearing in the District of Vermont. Defense counsel did not have a bail application to present. Commitment order entered. (Time Log #11:27−11:31 5/5/2026.) (DW) (Entered: 05/05/2026) |
| 05/05/2026 | 6 | WAIVER of Rule 5(c)(3) Hearing by Sergio Gomez Romero (DW) (Entered: 05/05/2026) |
| 05/05/2026 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Sergio Gomez Romero. Defendant committed to District of Vermont. Ordered by Magistrate Judge Peggy Kuo on 5/5/2026. (DW) (Entered: 05/05/2026) |
| 05/05/2026 | 8 | Notice to District of Vermont of a Rule 5 or Rule 32 Initial Appearance as to Sergio Gomez Romero. Your case number is: 26 CR 27. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to [InterDistrictTransfer_NYED@nyed.uscourts.gov]. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (DW) (Entered: 05/05/2026) |