USDC - DVT
2:26-cr-27-1

ADG:ATA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SERGIO GOMEZ ROMERO,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

REMOVAL TO THE DISTRICT OF VERMONT

(Fed. R. Crim. P. 5)

Case No. 26-MJ-82

EASTERN DISTRICT OF NEW YORK, SS:

Ronald Geylin, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

On or about March 26, 2026, the United States District Court for the District of Vermont issued a warrant for the arrest of the defendant SERGIO GOMEZ ROMERO for violating 8 U.S.C. §§ 1324(a)(1)(A)(i), (A)(v)(I) (conspiracy to smuggle aliens) and 8 U.S.C. §§ 1324(a)(2), (B)(ii) (smuggling for commercial gain).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about March 26, 2026, a grand jury sitting in the District of Vermont returned a five-count indictment (the "Indictment") charging the defendant SERGIO GOMEZ ROMERO with conspiracy to smuggle aliens, in violation of 8 U.S.C.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

§§ 1324(a)(1)(A)(i), (A)(v)(I) (Count One), and smuggling for commercial gain, in violation of 8 U.S.C. §§ 1324(a)(2), (B)(ii) (Counts Two through Five). A true and correct copy of the redacted Indictment is attached as Exhibit A.

2. On or about March 26, 2026, the United States District Court for the District of Vermont issued an arrest warrant for the defendant SERGIO GOMEZ ROMERO (the "Arrest Warrant") in connection with the Indictment. A true and correct copy of the Arrest Warrant is attached as Exhibit B.

3. Pursuant to the Arrest Warrant, law enforcement agents arrested the defendant SERGIO GOMEZ ROMERO at his residence in the Eastern District of New York, specifically in Queens, New York, on or about May 1, 2026.

4. At the time of his arrest, the defendant SERIO GOMEZ ROMERO acknowledged his full name to HSI agents, which matched the name of the defendant on the Arrest Warrant. The defendant also provided a form of identification, a New York State Driver's License, which stated the defendant's full name on the Arrest Warrant. Law enforcement agents also compared the defendant's physical appearance with an image from an employment authorization form in the defendant's law enforcement file and observed that he appeared to be the same person as depicted in the photograph.

5. Based on the foregoing, I submit that there is probable cause to believe that the defendant is the SERGIO GOMEZ ROMERO wanted in the District of Vermont.

WHEREFORE, your deponent respectfully requests that the defendant SERGIO GOMEZ ROMERO be removed to the District of Vermont so that he may be dealt with according to law.

Ronald Geylin
Special Agent
United States Department of Homeland Security,
Homeland Security Investigations

Sworn to before me this
1 day of May, 2026

[redacted]

THE HONORABLE LARA K. ESHKENAZI
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# Exhibit A

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2026 MAR 26 PM 1:31
CLERK
BY [signature]
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,

v.

[redacted]

SERGIO GOMEZ ROMERO, a/k/a "Tony,"

Defendants.

Case No. 2:26-cr-27-1-2

FILED UNDER SEAL

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2026 MAY -1 AM 8:44
CLERK
BY [signature]
DEPUTY CLERK

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**

Starting on an unknown date in 2024, and continuing through March 2026, in the District of Vermont and elsewhere, the defendants, [redacted] and SERGIO GOMEZ ROMERO, a/k/a "Tony," and others known and unknown engaged in a conspiracy to knowingly bring to the United States aliens, including [redacted] C.G.C., and A.R.Q., knowing that said persons were aliens, at a place other than as designated by the Secretary of Homeland Security.

(8 U.S.C. § 1324(a)(1)(A)(i), (A)(v)(I))

## COUNTS 2-3

On or about January 25, 2025, in the District of Vermont and elsewhere, the defendant, [redacted] knowing and in reckless disregard of the fact that the below listed aliens had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, for the purpose of private financial gain:

| Count | Alien |
| --- | --- |
| 2 | [redacted] |
| 3 | |

(8 U.S.C. § 1324(a)(2), (B)(ii))

**COUNTS 4-5**

On or about December 16, 2025, in the District of Vermont and elsewhere, the defendant, SERGIO GOMEZ ROMERO, a/k/a "Tony," knowing and in reckless disregard of the fact that the below listed aliens had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, for the purpose of private financial gain:

| Count | Alien |
|---|---|
| 4 | C.G.C. |
| 5 | A.R.Q. |

(8 U.S.C. § 1324(a)(2), (B)(ii))

A TRUE BILL

[redacted]

JONATHAN A. OPHARDT
First Assistant United States Attorney

Dana E. Hill
Assistant United States Attorney
Burlington, Vermont
March 26, 2026

# Exhibit B

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Vermont

United States of America
v.

SERGIO GOMEZ ROMERO, a/k/a "Tony"

*Defendant*

Case No. 2:26-CR-27-2

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Sergio Gomez Romero ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Alien smuggling conspiracy, in violation of 8 U.S.C. § 1324(a)(1)(A)(i), (A)(v)(I).
Alien smuggling for private financial gain, in violation of 8 U.S.C. § 1324(a)(2), (B)(ii).

Date: 03/26/2026

[signature]
*Issuing officer's signature*

City and state: Burlington, VT

Christina Reiss, Chief District Court Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* __________ , and the person was arrested on *(date)* __________
at *(city and state)* __________ .

Date: __________

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: Sergio Gomez Romero

Known aliases: "Tony"

Last known residence: [redacted]

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth: Mexico

Date of birth: [redacted]

Social Security number: [redacted]

Height: Weight:

Sex: M Race:

Hair: Eyes: B

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use: Yes

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: U.S. Border Patrol, Border Patrol Agent Kenneth Grey

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: