UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT


UNITED STATES OF AMERICA                    Docket No. 2:26-cr-00027-2
        Plaintiff.

        v.

SERGIO GOMEZ ROMERO
        Defendant.


**EL AFFIDAVIT DE GLORIA GOMEZ[1]**

Ahora viene la aficionada, Gloria Gomez, y jura que esta información es cierta según mi mejor conocimiento y creencia:

1) Me llamo Gloria Gomez;

2) Soy la hermana de Sergio Gomez Romero;

3) Vivo en Nueva York;

4) La dirección de Sergio es 3951 63rd Street, Woodside, Queens, NY 11377;

5) Tengo entendido que ha vivido en esta dirección por más de 18 años;

6) Vivo en Queens, NY también y Sergio puede vivir en mi casa durante ese tiempo que se requiera si es necesario;

7) Sergio trabaja en Northern Bell. Northern Bell es un restaurante. la dirección del restaurante es 612 Metropolitan Avenue, Brooklyn, NY 11211;

8) El es chef en el restaurante;

9) Ha trabajado al restaurante por más de diez años;

10) El tiene cuatros hijos – Vanessa (12 años), Alexa (10 años), Ximena (8 años), y Sergio (4 años).


*Gloria Gomez*
_____          _____21/05/2026_____
Gloria Gomez, La Aficionada                      La Fecha

_____

[1] This Affidavit was prepared in Spanish as Gloria Gomez's primary language is Spanish. Counsel can provide the Court with an English version if needed.

**Vinesign**                                    **Certificate of Completion**

> ✓ **Verification Complete**
> The document has been officially verified.

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | EL AFFIDAVIT DE GLORIA GOMEZ |
| **Sender Name** | Chloe Vickers |
| **Document Key** | B8B8B238-95CC-4C93-AAAC-31AF6CD33252 |

**Recipient 1**
Gloria Gomez
gloring1205@gmail.com
(929) 471-5173
Order 1

**IP Address**
2607:fb91:300a:6b4:48d0:38f0:18f0:7a97

**Signature**
*Gloria Gomez*

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✔ Document Completed | 05/21/2026 19:48 UTC | Gloria Gomez | Signed by Gloria Gomez |
| 👁 Document Viewed | 05/21/2026 19:48 UTC | Gloria Gomez | Viewed by Gloria Gomez ((929) 471-5173) |
| 👁 Document Viewed | 05/21/2026 19:37 UTC | Gloria Gomez | Viewed by Gloria Gomez ((929) 471-5173) |
| ✈ Document Sent | 05/21/2026 19:26 UTC | Gloria Gomez | Sent out via sms to Gloria Gomez ((929) 471-5173) |
| ✈ Document Sent | 05/21/2026 19:26 UTC | Gloria Gomez | Sent out via email to Gloria Gomez (gloring1205@gmail.com) |
| 📄 Document Created | 05/21/2026 19:26 UTC | | Created by Chloe Vickers (chloe.vickers@sleighlaw.com) |