UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT


UNITED STATES OF AMERICA            Docket No. 2:26-cr-00027-2
Plaintiff.

v.

SERGIO GOMEZ ROMERO
Defendant.


**AFFIDAVIT OF JORDAN BELDNER**


NOW COMES the Afficiant, Jordan Beldner, and hereby swears that the following information is true to the best of my knowledge and belief:

1) My name is Jordan Beldner.
2) I reside in the State of New York.
3) I am one of Sergio Gomez Romero's employers.
4) I am one of the owners of Northern Bell. Northern Bell is a bar and restaurant located at 612 Metropolitan Avenue, Brooklyn, NY 11211.
5) Sergio Gomez Romero is a chef at Northern Bell.
6) He has been employed at Northern Bell for more than 10 years.
7) He typically works 40 hours per week. His monthly income varies.
8) Attached to this Affidavit are his 2024 and 2025 W2s.


*Jordan Beldner*
_____          _____05/26/2026_____
Jordan Beldner, Afficiant                 Date

# 2024 W-2 and EARNINGS SUMMARY



**W-2** Employee Reference Copy
Wage and Tax Statement **2024**
OMB No. 1545-0008

Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000004  KH/QRN | | | A          2 |

c Employer's name, address, and ZIP code

MEDIA  5  CO  LLC
3091  RIVERSIDE   DR
WANTAGH,  NY  11793

**Batch  #99135**

e/f Employee's name, address, and ZIP code

SERGIO  GOMEZ
39-51  63RD  ST
WOODSIDE,   NY  11377

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 46-3278550 | |
| 1 Wages, tips, other comp. 55050.15 | 2 Federal income tax withheld 4801.49 |
| 3 Social security wages 55295.75 | 4 Social security tax withheld 3428.34 |
| 5 Medicare wages and tips 55295.75 | 6 Medicare tax withheld 801.79 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D    245.60 |
| 14 Other 206.24 NY PFL 31.20 VPDI | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan X 3rd party sick pay |
| 15 State NY Employer's state ID no. 46-3278550 | 16 State wages, tips, etc. 55050.15 |
| 17 State income tax 2371.07 | 18 Local wages, tips, etc. 55050.15 |
| 19 Local income tax 1761.97 | 20 Locality name NYC RES |

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 | NYC RES Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 55,295.75 | 55,295.75 | 55,295.75 | 55,295.75 | 55,295.75 |
| Less 401(k) (D-Box 12) | 245.60 | N/A | N/A | 245.60 | 245.60 |
| Reported W-2 Wages | 55,050.15 | 55,295.75 | 55,295.75 | 55,050.15 | 55,050.15 |

**2. Employee Name and Address.**

SERGIO  GOMEZ
39-51  63RD  ST
WOODSIDE,   NY  11377

© 2024  ADP, Inc.

---

| 1 Wages, tips, other comp. 55050.15 | 2 Federal income tax withheld 4801.49 |
|---|---|
| 3 Social security wages 55295.75 | 4 Social security tax withheld 3428.34 |
| 5 Medicare wages and tips 55295.75 | 6 Medicare tax withheld 801.79 |
| d Control number 000004  KH/QRN Dept. | Corp. A Employer use only 2 |
| c Employer's name, address, and ZIP code MEDIA  5  CO  LLC 3091  RIVERSIDE   DR WANTAGH,  NY  11793 | |
| b Employer's FED ID number 46-3278550 | a Employee's SSA number |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D    245.60 |
| 14 Other 206.24 NY PFL 31.20 VPDI | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan X 3rd party sick pay |
| e/f Employee's name, address and ZIP code SERGIO  GOMEZ 39-51  63RD  ST WOODSIDE,   NY  11377 | |
| 15 State NY Employer's state ID no. 46-3278550 | 16 State wages, tips, etc. 55050.15 |
| 17 State income tax 2371.07 | 18 Local wages, tips, etc. 55050.15 |
| 19 Local income tax 1761.97 | 20 Locality name NYC RES |

**W-2** Federal Filing Copy
Wage and Tax Statement **2024**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. 55050.15 | 2 Federal income tax withheld 4801.49 |
|---|---|
| 3 Social security wages 55295.75 | 4 Social security tax withheld 3428.34 |
| 5 Medicare wages and tips 55295.75 | 6 Medicare tax withheld 801.79 |
| d Control number 000004  KH/QRN Dept. | Corp. A Employer use only 2 |
| c Employer's name, address, and ZIP code MEDIA  5  CO  LLC 3091  RIVERSIDE   DR WANTAGH,  NY  11793 | |
| b Employer's FED ID number 46-3278550 | a Employee's SSA number |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D    245.60 |
| 14 Other 206.24 NY PFL 31.20 VPDI | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan X 3rd party sick pay |
| e/f Employee's name, address and ZIP code SERGIO  GOMEZ 39-51  63RD  ST WOODSIDE,   NY  11377 | |
| 15 State NY Employer's state ID no. 46-3278550 | 16 State wages, tips, etc. 55050.15 |
| 17 State income tax 2371.07 | 18 Local wages, tips, etc. 55050.15 |
| 19 Local income tax 1761.97 | 20 Locality name NYC RES |

**W-2** NY.State Filing Copy
Wage and Tax Statement **2024**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax  Return.

---

| 1 Wages, tips, other comp. 55050.15 | 2 Federal income tax withheld 4801.49 |
|---|---|
| 3 Social security wages 55295.75 | 4 Social security tax withheld 3428.34 |
| 5 Medicare wages and tips 55295.75 | 6 Medicare tax withheld 801.79 |
| d Control number 000004  KH/QRN Dept. | Corp. A Employer use only 2 |
| c Employer's name, address, and ZIP code MEDIA  5  CO  LLC 3091  RIVERSIDE   DR WANTAGH,  NY  11793 | |
| b Employer's FED ID number 46-3278550 | a Employee's SSA number |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D    245.60 |
| 14 Other 206.24 NY PFL 31.20 VPDI | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan X 3rd party sick pay |
| e/f Employee's name, address and ZIP code SERGIO  GOMEZ 39-51  63RD  ST WOODSIDE,   NY  11377 | |
| 15 State NY Employer's state ID no. 46-3278550 | 16 State wages, tips, etc. 55050.15 |
| 17 State income tax 2371.07 | 18 Local wages, tips, etc. 55050.15 |
| 19 Local income tax 1761.97 | 20 Locality name NYC RES |

**W-2** City or Local Filing Copy
Wage and Tax Statement **2024**
OMB No. 1545-0008
Copy 2 to be filed with employee's City or Local  Income Tax Return.

# 2025 W-2 and EARNINGS SUMMARY



**W-2** Employee Reference Copy
Wage and Tax Statement **2025**
OMB No. 1545-0029

Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000004  KH/QRN | | | A          2 |

c Employer's name, address, and ZIP code

MEDIA 5 CO LLC
3091 RIVERSIDE DR
WANTAGH, NY 11793

**Batch #98764**

e/f Employee's name, address, and ZIP code

SERGIO GOMEZ
39-51 63RD ST
WOODSIDE, NY 11377

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 46-3278550 | |
| 1 Wages, tips, other comp. 56422.34 | 2 Federal income tax withheld 5111.03 |
| 3 Social security wages 56422.34 | 4 Social security tax withheld 3498.19 |
| 5 Medicare wages and tips 56422.34 | 6 Medicare tax withheld 818.12 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other  218.91 NY PFL  31.20 VPDI | 12b / 12c / 12d / 13 Stat emp. Ret. plan 3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 46-3278550 | 56422.34 |
| 17 State income tax 2446.49 | | 18 Local wages, tips, etc. 56422.34 |
| 19 Local income tax 1820.47 | | 20 Locality name NYC RES |

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 | NYC RES Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 56,422.34 | 56,422.34 | 56,422.34 | 56,422.34 | 56,422.34 |
| Reported W-2 Wages | 56,422.34 | 56,422.34 | 56,422.34 | 56,422.34 | 56,422.34 |

2. Employee Name and Address.

SERGIO GOMEZ
39-51 63RD ST
WOODSIDE, NY 11377

© 2025 ADP, Inc.

---

| 1 Wages, tips, other comp. 56422.34 | 2 Federal income tax withheld 5111.03 |
|---|---|
| 3 Social security wages 56422.34 | 4 Social security tax withheld 3498.19 |
| 5 Medicare wages and tips 56422.34 | 6 Medicare tax withheld 818.12 |
| d Control number 000004 KH/QRN | Dept. | Corp. | Employer use only A    2 |

c Employer's name, address, and ZIP code

MEDIA 5 CO LLC
3091 RIVERSIDE DR
WANTAGH, NY 11793

| b Employer's FED ID number 46-3278550 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other  218.91 NY PFL  31.20 VPDI | 12b / 12c / 12d / 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

SERGIO GOMEZ
39-51 63RD ST
WOODSIDE, NY 11377

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 46-3278550 | 56422.34 |
| 17 State income tax 2446.49 | | 18 Local wages, tips, etc. 56422.34 |
| 19 Local income tax 1820.47 | | 20 Locality name NYC RES |

**W-2** Federal Filing Copy
Wage and Tax Statement **2025**
OMB No. 1545-0029
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. 56422.34 | 2 Federal income tax withheld 5111.03 |
|---|---|
| 3 Social security wages 56422.34 | 4 Social security tax withheld 3498.19 |
| 5 Medicare wages and tips 56422.34 | 6 Medicare tax withheld 818.12 |
| d Control number 000004 KH/QRN | Dept. | Corp. | Employer use only A    2 |

c Employer's name, address, and ZIP code

MEDIA 5 CO LLC
3091 RIVERSIDE DR
WANTAGH, NY 11793

| b Employer's FED ID number 46-3278550 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other  218.91 NY PFL  31.20 VPDI | 12b / 12c / 12d / 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

SERGIO GOMEZ
39-51 63RD ST
WOODSIDE, NY 11377

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 46-3278550 | 56422.34 |
| 17 State income tax 2446.49 | | 18 Local wages, tips, etc. 56422.34 |
| 19 Local income tax 1820.47 | | 20 Locality name NYC RES |

**W-2** NY.State Filing Copy
Wage and Tax Statement **2025**
OMB No. 1545-0029
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. 56422.34 | 2 Federal income tax withheld 5111.03 |
|---|---|
| 3 Social security wages 56422.34 | 4 Social security tax withheld 3498.19 |
| 5 Medicare wages and tips 56422.34 | 6 Medicare tax withheld 818.12 |
| d Control number 000004 KH/QRN | Dept. | Corp. | Employer use only A    2 |

c Employer's name, address, and ZIP code

MEDIA 5 CO LLC
3091 RIVERSIDE DR
WANTAGH, NY 11793

| b Employer's FED ID number 46-3278550 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other  218.91 NY PFL  31.20 VPDI | 12b / 12c / 12d / 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

SERGIO GOMEZ
39-51 63RD ST
WOODSIDE, NY 11377

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 46-3278550 | 56422.34 |
| 17 State income tax 2446.49 | | 18 Local wages, tips, etc. 56422.34 |
| 19 Local income tax 1820.47 | | 20 Locality name NYC RES |

**W-2** City or Local Filing Copy
Wage and Tax Statement **2025**
OMB No. 1545-0029
Copy 2 to be filed with employee's City or Local Income Tax Return.

**Vinesign**                      **Certificate of Completion**

> ✓ **Verification Complete**
> The document has been officially verified.

| | |
|---|---|
| **Document Status** | ✔ Signed & Verified |
| **Document Name** | Jordan Beldner Affidavit |
| **Sender Name** | Chloe Vickers |
| **Document Key** | 2CE4ED60-7E66-4514-BDFA-A0974C3D86F0 |

**Recipient 1**
Jordan Beldner
jordan.beldner@gmail.com
(646) 894-2718
Order 1

**IP Address**
165.225.39.116

**Signature**
*Jordan Beldner*

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✔ Document Completed | 05/26/2026 15:22 UTC | Jordan Beldner | Signed by Jordan Beldner |
| 👁 Document Viewed | 05/26/2026 15:22 UTC | Jordan Beldner | Viewed by Jordan Beldner (jordan.beldner@gmail.com) |
| 👁 Document Viewed | 05/26/2026 14:47 UTC | Jordan Beldner | Viewed by Jordan Beldner ((646) 894-2718) |
| ✈ Document Sent | 05/26/2026 14:40 UTC | Jordan Beldner | Sent out via sms to Jordan Beldner ((646) 894-2718) |
| ✈ Document Sent | 05/26/2026 14:40 UTC | Jordan Beldner | Sent out via email to Jordan Beldner (jordan.beldner@gmail.com) |
| 📄 Document Created | 05/26/2026 14:40 UTC | | Created by Chloe Vickers (chloe.vickers@sleighlaw.com) |