Vinesign Document ID: BB8B8238-95CC-4C93-AAAC-31AF6CD33252

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT


UNITED STATES OF AMERICA                        Docket No. 2:26-cr-00027-2
  Plaintiff.

v.

SERGIO GOMEZ ROMERO
  Defendant.


### AFFIDAVIT OF GLORIA GOMEZ[1]

Now comes the affiant, Gloria Gomez, and swears that this information is true to the best of my knowledge and belief:

1) My name is Gloria Gomez;
2) I am the sister of Sergio Gomez Romero;
3) I live in New York;
4) Sergio's address is 3951 63rd Street, Woodside, Queens, NY 11377;
5) I understand that he has lived at this address for more than 18 years;
6) I live in Queens, NY as well, and Sergio may live in my home for such time as may be required, if necessary;
7) Sergio works at Northern Bell. Northern Bell is a restaurant. The restaurant's address is 612 Metropolitan Avenue, Brooklyn, NY 11211;
8) He is a chef at the restaurant;
9) He has worked at the restaurant for more than ten years;
10) He has four children - Vanessa (12 years old), Alexa (10 years old), Ximena (8 years old), and Sergio (4 years old).


*Gloria Gomez*                                                    **21/05/2026**
_____
Gloria Gomez, Affiant                                    Date

---

[1] This Affidavit was prepared in Spanish because Gloria Gomez's primary language is Spanish. Counsel can provide the Court with an English version if needed.

The signed document can be validated at https://app.vinesign.com/Verify