U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 MAY 27 P 6: 20

CLERK

BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

District of Vermont

| | | |
|---|---|---|
| United States of America<br>*Estados Unidos de América* | ) ) ) | |
| v. | ) ) | Case No.    2:26-cr-27-2<br>*Núm. de causa* |
| Sergio Gomez Romero | ) | |
| Defendant<br>*Acusado* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE
### *ORDEN PARA ESTABLECER LAS CONDICIONES DE LIBERTAD PROVISIONAL*

IT IS ORDERED that the defendant's release is subject to these conditions:
*SE ORDENA que la libertad provisional del acusado esté sujeta a las siguientes condiciones:*

(1)    The defendant must not violate federal, state, or local law while on release.
*El acusado no debe infringir ninguna ley federal, estatal o local mientras se encuentre bajo libertad provisional.*

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.
*El acusado debe cooperar en la toma de una muestra de ADN si lo autoriza la sección 40702 del título 34 del Código de los Estados Unidos.*

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making
any change of residence or telephone number.
*El acusado debe informar por escrito al tribunal o a la oficina de servicios previos al juicio o al oficial supervisor antes de cambiar de residencia o número de teléfono.*

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that
the court may impose.
*El acusado debe comparecer en el tribunal conforme a lo que se le exija y, en caso de ser declarado culpable, debe entregarse de acuerdo con lo que se le ordene para cumplir cualquier pena que el juez le imponga.*

The defendant must appear at: _____
*El acusado debe comparecer*
*en:*

_____
Place
*Lugar*

on: _____
*el día*

Date and Time
*Fecha y hora*

If blank, defendant will be notified of next appearance.
*Si lo anterior aparece en blanco, al acusado se le avisará de su próxima comparecencia.*

(5)    The defendant must sign a $5,000 secured appearance bond.
       *El acusado debe firmar una fianza de presentación garantizada de $5,000.*

---

This form does not replace the need for an interpreter, any colloquies mandated by law, or the responsibility of court and counsel to ensure that persons with limited English proficiency fully comprehend their rights and obligations.

*Este documento no sustituye el uso de un intérprete ni los coloquios judiciales exigidos por la ley. Tampoco sustituye la responsabilidad del juez y los abogados de asegurarse de que las personas cuya comprensión del idioma inglés sea limitada entiendan por completo sus derechos y obligaciones.*

---

This document has not been officially approved by the Administrative Office or the Judicial Conference of the United States.
*Este documento no ha sido aprobado oficialmente por la Oficina Administrativa ni por la Conferencia Judicial de los Estados Unidos.*

## ADDITIONAL CONDITIONS OF RELEASE
### CONDICIONES ADICIONALES DE LIBERTAD PROVISIONAL

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.
*De conformidad con 18 U.S.C. § 3142(c)(1)(B), el tribunal puede imponer las siguientes condiciones menos restrictivas solo según sea necesario para garantizar razonablemente la apariencia de la persona requerida y la seguridad de cualquier otra persona y la comunidad.*

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:
*SE ORDENA, ADEMÁS, que la libertad provisional del acusado esté sujeta a las condiciones que se marcan a continuación:*

☐ (6) The defendant is placed in the custody of:
*El acusado queda bajo la custodia de:*

Person or organization
*Persona u organización* _____

Address (only if above is an organization)
*Dirección (únicamente si arriba se indica una organización)* _____

City and State                                          Tel. No.
*Ciudad y estado* _____    *Núm. de tel.* _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.
*quien se compromete a (a) supervisar al acusado, (b) hacer todos los esfuerzos a su alcance para asegurar la comparecencia del acusado en todos los procedimientos judiciales, y (c) notificarle inmediatamente al tribunal si el acusado no cumple alguna de las condiciones de su libertad provisional o si ya no se encuentra bajo el resguardo del custodio.*

Signed:
*Firmado por:* _____    _____
                                    Custodian                                    Date
                                    *Custodio*                                    *Fecha*

☑ (7) The defendant must
*El acusado debe:*

☑ (a) submit to supervision by and report for supervision to:    U.S. Probation Office, Eastern District of New York
*someterse a supervisión y reportarse para ser supervisado por:*

telephone number    718-613-2570    , no later than    as directed.
*número de teléfono*    , *a más tardar*    *como se indica.*

☐ (b) continue or actively seek employment.
*continuar trabajando o buscar trabajo de manera activa.*

☐ (c) continue or start an education program.
*continuar estudiando o iniciar un programa educativo.*

☑ (d) surrender any passport to:    U.S. District Court Clerk, District of Vermont
*entregar todo pasaporte a:*

☑ (e) not obtain a passport or other international travel document.
*no obtener un pasaporte ni ningún otro documento para viajar al extranjero.*

☑ (f) abide by the following restrictions on personal association, residence, or travel:
*cumplir con las siguientes restricciones en cuanto a sus asociaciones personales, residencia o viajes:*
Travel restricted to New York City and to Long Island, and for court purposes only, the District of Vermont. All other travel must be approved in advance by Pretrial Services. Maintain residence as approved by Pretrial Services.
*Los viajes se limitan a la ciudad de Nueva York y a Long Island, y únicamente para fines judiciales, al Distrito de Vermont. Todos los demás viajes deben ser aprobados previamente por los Servicios Previos al Juicio. Mantener la residencia aprobada por los Servicios Previos al Juicio.*

☑ (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:  government identified witnesses and codefendants
*evitar todo contacto, directo o indirecto, con cualquier persona que sea o pueda ser víctima o testigo en la investigación o en el proceso, incluyendo: el gobierno identificó a los testigos y al coacusado*

☐ (h) get medical or psychiatric treatment:  as directed by Pretrial Services.
*obtener tratamiento médico o psiquiátrico: según las indicaciones de los Servicios Previos al Juicio.*

☐ (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
*regresar a custodia cada _____ a la(s) _____ luego de salir en libertad a la(s) _____ para trabajar, estudiar*
or the following purposes:
*o para los siguientes propósitos:* _____

☐ (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer
considers necessary.
*mantener residencia en un hogar de readaptación social (halfway house) o centro correccional comunitario, según lo considere
necesario la oficina de servicios previos al juicio o el oficial supervisor.*

☑ (k)  not possess a firearm, destructive device, or other weapon.
*no poseer armas de fuego, artefactos destructivos u otras armas.*

☑ (l)  not use alcohol        ☐ at all          ☑ excessively.
*no consumir alcohol          en absoluto        de modo excesivo.*

☑ (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a
licensed medical practitioner.
*no consumir ni tener en su poder estupefacientes u otras sustancias controladas de manera ilícita según se definen en la sección
802 del título 21 del Código de los Estados Unidos, a no ser que sean recetadas por un médico con licencia.*

☑ (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used
with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any
form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the
efficiency and accuracy of prohibited substance screening or testing.
*someterse a pruebas para detectar el consumo de sustancias prohibidas si lo requiere la oficina de servicios previos al juicio o el
oficial supervisor. Dichas pruebas se podrán utilizar con una frecuencia aleatoria y podrían incluir pruebas de orina, el uso de
un parche para analizar el sudor, un sistema remoto para detectar el consumo de alcohol o cualquier forma de pruebas o
análisis que detecten el consumo de sustancias prohibidas. El acusado no debe obstruir, tratar de obstruir o interferir con la
eficacia y precisión de las pruebas o análisis para detectar el consumo de sustancias prohibidas.*

☑ (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services
office or supervising officer.
*participar, ya sea internado o de manera ambulatoria, en un programa de terapia y asesoramiento contra el abuso de sustancias
si la oficina de servicios previos al juicio o el oficial supervisor lo ordena.*

☑ (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
*participar en uno de los siguientes programas de restricción de ubicación y cumplir con sus requisitos según se le ordene.*

    ☑ (i)  **Curfew.** You are restricted to your residence every day          ☐ from _____ or  ☑ as directed by pretrial
services office or supervising officer; or
**Hora límite.** *Debe permanecer en su residencia todos los días* ☐ *de _____ o* ☐ *según lo indique la oficina
de servicios previos al juicio o el oficial supervisor; o*

    ☐ (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious
services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered
obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
***Arresto domiciliario.*** *Debe permanecer en su residencia en todo momento salvo por motivos de trabajo, estudios,
servicios religiosos, tratamiento médico, de salud mental o por abuso de sustancias, visitas a su abogado,
comparecencias en el tribunal, obligaciones impuestas por orden judicial, o cualquier otra actividad aprobada por
adelantado por la oficina de servicios previos al juicio o el oficial supervisor; o*

    ☐ (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities
and court appearances or other activities specifically approved by the court; or
***Reclusión domiciliaria.*** *Debe permanecer recluido en su residencia las 24 horas del día salvo por alguna necesidad
médica, comparecencia en el tribunal o alguna otra actividad aprobada específicamente por el juez; o*

    ☐ (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions.
However, you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
***Supervisión independiente.*** *No tiene toque de queda residencial, detención domiciliaria o restricciones de
encarcelamiento domiciliario. Sin embargo, debe cumplir con las restricciones de ubicación o viaje impuestas por el
tribunal.* **Nota:** *El monitoreo independiente debe usarse junto con la tecnología del sistema de posicionamiento
global (GPS).*

☑  (q)  submit to the following location monitoring technology and comply with its requirements as directed:
*someterse a la siguiente tecnología de monitoreo de ubicación y cumplir con sus requisitos como se indica:*

   ☑  (i)  Location monitoring technology as directed by the pretrial services or supervising officer; or
*Tecnología de monitoreo de ubicación según lo indiquen los servicios previos al juicio o el oficial supervisor; o*

   ☐  (ii)  Voice Recognition; or
*reconocimiento de voz; o*

   ☐  (iii)  Radio Frequency; or
*frecuencia de radio; o*

   ☐  (iv)  GPS.
*GPS.*

☑  (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.
*pagar todo o parte del costo del monitoreo de la ubicación en función de su capacidad de pago según lo determinen los servicios previos al juicio o el oficial supervisor.*

☑  (s)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
*dar aviso cuanto antes a la oficina de servicios previos al juicio o al oficial supervisor de todo contacto con personal del orden público, incluyendo arrestos, interrogatorios o paradas de tránsito.*

☑  (t)  maintain contact with attorney.
*mantener contacto con la abogada.*

☑  (u)  In accordance with condition (d), should the defendant be unable to locate his passport, the defendant, through counsel, will submit an affidavit stating as such

*De acuerdo con la condición (d), si el acusado no puede localizar su pasaporte, el acusado, a través de su abogado, presentará una declaración jurada indicando ello*

☑  (v)  Defendant will stay in custody until Bond is posted and then must report directly to U.S. Probation Office, 11 Elmwood Avenue, Burlington, Vermont upon release.

El acusado permanecerá bajo custodia hasta que se deposite la fianza y, posteriormente, deberá presentarse directamente ante la Oficina de Libertad Condicional de los EE. UU., en 11 Elmwood Avenue, Burlington, Vermont, tras su puesta en libertad.

---

This form does not replace the need for an interpreter, any colloquies mandated by law, or the responsibility of court and counsel to ensure that persons with limited English proficiency fully comprehend their rights and obligations.

*Este documento no sustituye el uso de un intérprete ni los coloquios judiciales exigidos por la ley. Tampoco sustituye la responsabilidad del juez y los abogados de asegurarse de que las personas cuya comprensión del idioma inglés sea limitada entiendan por completo sus derechos y obligaciones.*

This document has not been officially approved by the Administrative Office or the Judicial Conference of the United States.

*Este documento no ha sido aprobado oficialmente por la Oficina Administrativa ni por la Conferencia Judicial de los Estados Unidos.*

AO 199A (Rev. 06/19) Order Setting Conditions of Release (Translation 03/17)     2:26-cr-00027-mkd   Document 22    Filed 05/27/26    Page 6 of 7    Page 6 of 7 Pages

AO 199A S (Rev. 06/19) Orden para Establecer las Condiciones de Libertad Provisional (Traducción de 03/17)                 Página 6 de 7 páginas

# ADVISE OF PENALTIES AND SANCTIONS
## *ADVERTENCIA SOBRE PENALIDADES Y SANCIONES*

TO THE DEFENDANT:
*AL ACUSADO:*

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:
*SE LE INFORMA DE LAS SIGUIENTES PENALIDADES Y SANCIONES:*

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

*El incumplimiento de cualquiera de las condiciones de 2ibertad indicadas anteriormente podría resultar en la 2ibertad inmediata de una orden de arresto contra su persona, la revocación de su 2ibertad, una orden de detención, la confiscación de cualquier fianza, y un proceso penal por desacato, lo cual podría resultar en una sanción de encarcelamiento, una multa, o ambas cosas.*

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

*Si estando en libertad provisional comete un delito federal la sanción es una reclusión adicional máxima de diez años si el delito es mayor; o un año máximo si el delito es menor. Esta condena será consecutiva (i.e., adicional) a cualquier otra condena que se le imponga.*

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

*La obstrucción de una investigación penal, interferencia con un testigo, víctima o informante; tomar represalias o intentar tomar represalias contra un testigo, víctima o informante; intimidar o intentar intimidar a un testigo, víctima o informante, o a un oficial del tribunal, on delitos punibles con un máximo de 10 años de reclusión y una multa de $250,000 o ambas cosas. Las penalidades por interferir, tomar represalias, o intimidar son significativamente más severas si media un asesinato o tentativa de asesinato.*

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

*Si al ser excarcelado, a sabiendas deja usted de comparecer como se lo requieren sus condiciones de libertad provisional, o de entregarse para cumplir condena, se le podrá procesar por nocomparecer o no entregarse y se le podrá imponer un castigo adicional. Si se le encuentra culpable de:*

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more—you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
*un delito punible con pena de muerte, cadena perpetua, o reclusión por un término de quince años o más – se le impondrá una multa no mayor de $250,000 o un máximo de diez años de reclusión, o ambas cosas;*

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years—you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
*un delito punible con cinco años o más de reclusión, pero menos de quince años – se le impondrá una multa no mayor de $250,000 o más de cinco años de reclusión, o ambas cosas;*

(3) any other felony—you will be fined not more than $250,000 or imprisoned not more than two years, or both;
*cualquier otro delito grave – se le impondrá una multa no mayor de $250,000 o un máximo de dos años de reclusión, o ambas cosas;*

(4) a misdemeanor—you will be fined not more than $100,000 or imprisoned not more than one year, or both.
*un delito menor——e le impondrá una multa no mayor de $100,000 o un máximo de un año de reclusión, o ambas cosas.*

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

*La sanción de reclusión que se imponga por incomparecencia o no entregarse será consecutive a cualquier otra condena que se le imponga. Además, de no comparecer o entregarse se le podrá confiscar cualquier fianza que haya prestado.*

AO 199A (Rev. 06/19) Order Setting Conditions of Release — Translation 03/17    Page 7 of 7 Pages

2:26-cr-00027-mkl   Document 22   Filed 05/27/26   Page 7 of 7

AO 199A S (Rev. 06/19) Orden para Establecer las Condiciones de Libertad Provisional (Traducción de 03/17)    Página 7 de 7 páginas

## Acknowledgment of the Defendant
### *Aceptación del Acusado*

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Acepto que soy el acusado en esta causa y que tengo conocimiento de las condiciones de mi excarcelación. Prometo obedecer todas las condiciones de mi excarcelación, comparecer como se me indique, y entregarme para cumplir la sentencia que se me imponga. Tengo conocimiento de las penalidades y sanciones que se indican arriba.*

_____
Defendant's Signature
*Firma del Acusado*

Burlington, Vermont
_____
City and State
*Ciudad y Estado*

## Directions to the United States Marshal
### *Instrucciones para los Alguaciles Federales*

☐ The defendant is ORDERED released after any necessary processing.
*SE ORDENA la excarcelación del acusado una vez procesado.*

☑ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions of release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.
*SE LE ORDENA a los Alguaciles Federales que mantengan al acusado bajo su custodia hasta que la secretaria del tribunal o el juez les notifique que el acusado ha prestado la fianza y/o cumplido con todas las otras condiciones de su excarcelación. Si el acusado todavía se encuentra bajo custodia/detenido, se habrá de llevar al acusado antes el juez correspondiente a la hora, en la fecha y el lugar que se especifique.*

Date: _____5/27/2026_____          _____
*Fecha:*                            Judicial Officer's Signature
                                    *Firma del Oficial Jurídico*

                                    Hon. Kevin J. Doyle, U.S. Magistrate Judge
                                    _____
                                    Printed name and title
                                    *Nombre y Cargo del Oficial Jurídico*

This document has not been officially approved by the Administrative Office or the Judicial Conference of the United States.
*Este documento no ha sido aprobado oficialmente por la Oficina Administrativa ni la Conferencia Judicial de los Estados Unidos*