# UNITED STATES DISTRICT COURT
for the District of Vermont

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:**
U.S. Department of State
CA/PPT/S/A
44132 Mercure Circle
P.O. Box 1243
Sterling, VA 20166-1243

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:**
United States District Court
District of Vermont
P.O. Box 432
Burlington, VT 05402

☒ **Original Notice**
**Date:** 5/28/2026
**By:** USPO Emerson Howe

☐ **Notice of Disposition**
**Date:** ______
**By:** ______

Defendant: Sergio Gomez Romero
Date of Birth: [redacted]/1985
SSN: N/A

Case Number: 2:26-cr-00027-mkl -2
Place of Birth: Puebla, Mexico

**Notice of Court Order** (Order Date: 5/27/2026 )

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☐ The above-named defendant surrendered passport number ______ and/or passport card number ______ to the custody of the U.S. District Court on ______.

### NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court