NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

United States of America

v. Case No. 2:26-cr-27-1

Sergio Gomez Romero

TAKE NOTICE that the above-entitled case has been scheduled at 11:00 a.m. on Wednesday, October 14, 2026 in Rutland, Vermont, before the Honorable Mary Kay Lanthier, District Judge, for a Change of Plea Hearing.

Location: Main Courtroom, 2nd Floor

JEFFREY S. EATON, Clerk
By: /s/ Jessica Millington
Deputy Clerk
10/2/2026

TO:

Matthew J. Lasher, AUSA
Dana E. Hill, AUSA

Chloe E. Vickers, Esq.
David C. Sleigh, Esq.

Maria Jakobeit, Spanish Interpreter

Sunnie Donath, Court Reporter